IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Daryl Lakeith Hackworth )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 2:08-CV-84-MEF
The Marengo Co. Jail )   (To be supplied by Clerk of
_____ )   U.S. District Court)
Michelle Gate )
_____ )
Linda Lawson )
_____ )
 )
 )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED 2008 FEB 7 A 9:22
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (   )  NO ( ✓ )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (   )  NO ( ✓ )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:  Noted mistake sorry

            Plaintiff(s) ~~Daryl L. Hackworth~~ _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Marengo Co. Jail | 101 Dunn St. |
| 2. | Linda Lawson | 101 Dunn St. |
| 3. | Michelle Tate | 101 Dunn St. |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED On Oct. 5, 2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

1st case GROUND ONE: On October 5, 2007 I was attacked by a guy in a cell after we were locked down for the night.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

There inside the cell is an emergency panic button... During the attack, my cousin pushed the button to alert the officer in the cube of the situation... officer Michelle Tate took her time in opening the cell door ten to fifteen minutes to pop the cell door... When she did, Michelle Tate was very nasty with me and did not punish the guy

GROUND TWO: This took place at the Marengo Co. Jail I am sueing for liable and ~~negligence~~ negligence

SUPPORTING FACTS:

*Second Case*

"During the month of august, officer Linda Lawson violated my "confidentiality" when carelessly made my HIV-status well know through out the jail... By me still being in population, she made me eat out of a paper plate and keep my spoon and cup...

GROUND THREE: In this case I'm sueing for pain and suffering and negligence; this also took place in the Marengo Co. Jail. Plus I don't get a double portion meal like the state requires....

SUPPORTING FACTS:

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Financial Compensation 200.000$, To BE Remove from this institution, Better medical care, as well as security from staff !!!

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 1/2/08
                (Date)

_____
Signature of plaintiff(s)

4

Daryl La Kelter
101 Dunn St.
Marengo County Jail
Linden, ALA. 36748

Legal-mail

Clerk, middle District of AlABAMA
P.O. Box 711
MonTGomery, ALA. 36101-0711